# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00139-CV

### In re WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator**s** have filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). The Court grants the emergency motion and temporarily stays the portion of the trial court's February 18, 2020 order requiring relators to produce Nate Paul for deposition on or before March 2, 2020. The deposition is stayed pending further order of this Court. *See id*. 52.10(b). The petition for writ of mandamus remains pending before this Court. The Court orders the real party in interest to file a response to the petition for writ of mandamus, if it wishes to further respond to the arguments presented in the petition, on or before March 4, 2020. Alternatively, the real party in interest may inform the Court whether the Court may treat its response to the emergency motion as its response to the petition for writ of mandamus.

It is ordered on February 28, 2020.

Before Chief Justice Rose, Justices Triana and Smith